# Exhibit C





Captured at: 09/08/2021, 12:28 PM
URL: https://nyc3.digitaloceanspaces.com/production-age-friendly/uploads/city/34350/image/459916/image/7386756086_662c83f95b_b.jpg